

2015 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-29-2015

# USA v. Marcus White

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2015

Recommended Citation

"USA v. Marcus White" (2015). *2015 Decisions.* Paper 427.
http://digitalcommons.law.villanova.edu/thirdcircuit_2015/427

This April is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University
School of Law Digital Repository. It has been accepted for inclusion in 2015 Decisions by an authorized administrator of Villanova University School of
Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 11-4035
_____

UNITED STATES OF AMERICA

v.

MARCUS WHITE,
Appellant
_____

On Appeal from the United States District Court for the Eastern District of Pennsylvania
(D.C. No. 2-10-cr-00420-001)
District Judge: Honorable Petrese B. Tucker
_____

Submitted Under Third Circuit LAR 34.1(a)
November 15, 2012

Before: SCIRICA, FISHER, and JORDAN, Circuit Judges.
_____

ORDER AMENDING OPINION OF THE COURT
_____

Upon consideration of Appellant's Motion to Clarify the Court's Opinion, it is hereby ORDERED that the above-captioned opinion be amended as follows:

Page 4, line 11 of the first full paragraph, "a .38 caliber handgun" shall be changed to "a .357 caliber handgun".

By the Court,

s/ Kent A. Jordan
Circuit Judge

Dated: April 29, 2015

A True Copy:

Marcia M. Waldron, Clerk

CJG/cc:      Joel D. Goldstein, Esq.
             Kenneth C. Edelin, Jr., Esq.